UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**BRENNAN NORRED ET AL**            **CASE NO. 2:24-CV-01257**

**VERSUS**            **JUDGE JAMES D. CAIN, JR.**

**WRIGHTS MANUFACTURED HOMES L L C**    **MAGISTRATE JUDGE LEBLANC**
**ET AL**

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 23] filed by the Magistrate Judge, noting the lack of objections thereto, and after a de novo review of the record and applicable law, the undersigned hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 23] be **ADOPTED** and that defendant's Motion for More Definite Statement [doc. 13] be **GRANTED**, requiring plaintiffs to file an amended complaint as set forth in the report and recommendation within **14 days** of this ruling.

**THUS DONE AND SIGNED** in Chambers on the 9th day of October, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**